

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Eric Montreal Anderson, Appellant

No. 06-24-00004-CR          v.

The State of Texas, Appellee

Appeal from the 8th District Court of Hopkins County, Texas (Tr. Ct. No. 2229447).  Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin.  Memorandum Opinion delivered by Chief Justice Stevens.

As stated in the Court's opinion of this date, we find error in the bill of costs and partial error in the judgment of the court below.  We modify the bill of costs by deleting duplicative court costs, the reimbursement fees, and the time payment fee, leaving only Anderson's $10,000.00 fine.  We also modify the trial court's judgement by deleting the $40.00 reimbursement fee and the order to pay court costs, which should instead be assessed in cause number 06-24-00005-CR.  As modified, we affirm the trial court's judgment.

We further order that the appellant, Eric Montreal Anderson, pay all costs incurred by reason of this appeal.

RENDERED SEPTEMBER 6, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk